IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:07-CR-28-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER ON PRELIMINARY |
| | ) | EXAMINATION AND DETENTION |
| AHMAD KAREEM CARR, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court today for purposes of a preliminary examination on the government's motion to revoke Defendant's supervised release and, if necessary, a detention hearing pursuant to 18 U.S.C. § 3143(a)(1). Defendant and his counsel indicated to the court in writing Defendant's intention to waive the preliminary examination and detention hearing in this matter. After conducting an inquiry of Defendant and his counsel in open court, this court finds that Defendant has waived his right to a preliminary examination and detention hearing knowingly and voluntarily, and the court accepts Defendant's waiver of his right to a preliminary examination and detention hearing.

Based on the court's review of the motion to revoke Defendant's supervised release and Defendant's knowing and voluntary waiver, this court finds that probable cause exists to support the government's motion to revoke Defendant's supervised release. Based on Defendant's waiver of his right to a detention hearing, there is no condition, or combination of conditions, that can be imposed which would reasonably assure Defendant's appearance and/or the safety of another person or the community. Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1). Accordingly, the government's motion for detention is ALLOWED.

Defendant is hereby committed to the custody of the Attorney General or a designated

representative for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Defendant shall be afforded a reasonable opportunity to consult privately with defense counsel. On order of the United States Court or on request of an attorney for the government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, the 27th day of May 2014.

Robert B. Jones, Jr.,
United States Magistrate Judge

2