UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:07-CR-28-1F

| | |
|---|---|
| United States Of America ) | |
| ) | **JUDGMENT** |
| vs. ) | |
| ) | |
| Ahmad Kareem Carr ) | |

On July 5, 2007, Ahmad Kareem Carr appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to Distribution of More Than 5 Grams of Cocaine Base (crack) in violation of 21 U.S.C. § 841(a)(1), was sentenced to the custody of the Bureau of Prisons for a term of 86 months. The term of imprisonment was later reduced to 60 months, pursuant to 18 U.S.C. § 3582(c)(2). Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Ahmad Kareem Carr was released from custody and the term of supervised release commenced on November 14, 2011.

From evidence presented at the revocation hearing on June 30, 2014, the court finds as a fact that Ahmad Kareem Carr, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 36 months.

**IT IS RECOMMENDED** that the sentence be served at Federal Correctional Institution Butner.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 30th day of June, 2014.

_____
James C. Fox
Senior U.S. District Judge